In the Matter of the Application of Robert Allen, Respondent, for a Mandamus Order against George J. Summers, Commissioner of Public Works of the City of Buffalo, New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, on the authority of Matter of Schmidt v. Board of Supervisors (244 App. Div. 493); Holton v. Board of Supervisors (245 id. 144), and Matter of Inderbitzen v. City of Buffalo (246 id. 568). All concur. (The order directs

defendant to reinstate petitioner as custodian of Buffalo City Court building. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.